B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

### EASTERN DISTRICT OF OKLAHOMA

In re: <u>Lynn Dale McBride and Rebecca Ann McBride</u>          Case No. <u>21-80211</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust |
| Headlands Residential 2021-RPL1 Owner Trust | |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Court Claim # (if known):3
Amount of Claim: 79,927.03
Date Claim Filed: 5/21/2021

Headlands Residential 2021-RPL1 Owner Trust
d/b/a BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038

Phone: _____          Phone:  (312) 291-3781_____
Last Four Digits of Acct #:  XXXXXX0144          Last Four Digits of Acct. #: 6246_____

Name and Address where transferee payments
should be sent (if different from above):

Headlands Residential 2021-RPL1 Owner Trust
d/b/a BSI Financial Services
314 S. Franklin St. 2nd Floor
Titusville, PA 16354

Phone: _____
Last Four Digits of Acct #:  XXXXXX0144

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____s/Adam Fiegel_____       Date: 2/14/2022 _____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

                         **KIVELL, RAYMENT and FRANCIS, P.C.**

                         ___s/Adam Fiegel___
                         Brian J. Rayment, OBA #7441
                         Adam Fiegel, OBA #33169
                         Triad Center I, Suite 550
                         7666 East 61st Street
                         Tulsa, OK 74133
                         Phone: (918) 254-0626
                         Facsimile: (918) 254-7918
                         E-mail: afiegel@kivell.com
                         **ATTORNEYS FOR CREDITOR**

## CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION

       I hereby certify that 2/14/2022 , I mailed, with sufficient postage thereon, or electronically transmitted, a true and correct copy of the above and foregoing document to:

Jeff P. Herrick
Jeff Herrick Law Office
426 E. Wyandotte
McAlester, OK 74501
*Service accomplished through Court's CM/ECF system.

William Bonney
Chapter 13 Trustee
Severs Building, 215 State Street, Ste. 1000 POB 1548
Muskogee, OK  74402
*Service accomplished through Court's CM/ECF system.

                   s/Adam Fiegel _____
                   Adam Fiegel, OBA #33169

KRF File #44596/AF
Case 21-80211     Doc 96     Filed 02/14/22     Entered 02/14/22 14:09:46     Desc Main
Document     Page 2 of 2